Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
VALENTI LAW APC
10174 Austin Drive #1116
Spring Valley, CA 91979
Phone: (619) 540-2189

Attorney for Plaintiff Raul Uriarte-Limon

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>         Plaintiff,<br><br>   vs.<br><br><br>1 STOP HARDWARE, INC.;<br>YAZDANI PROPERTIES LLC; and<br>DOES 1-10,<br><br><br><br>         Defendants. | Case No.: 5:26-cv-00513-DTB<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. RULE CIV. PROC. 41 (a)(1)(A)(i) |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. RULE CIV. PROC. 41 (A)(1)(A)(I) - 1

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff Raul Uriarte-Limon voluntarily dismisses this action <u>without</u> prejudice as to all Defendants.

Respectfully submitted,

DATED:  April 23, 2026                    VALENTI LAW APC


By:  */s/ Matt Valenti*
       Matt Valenti, Esq.
       Attorney for Plaintiff
       Raul Uriarte-Limon